Grace Miles and Ephriam Miles, Appellants, vs. O. L. White, Appellee.

Appeal from Circuit Court, Alachua county; William A. Hocker, Judge.

Evans Haile, for Appellants.

B. A. Thrasher, for Appellee.

The bill in this cause was filed by the appellee against the appellants. There was decree for the complainants, and the defendants appeal.

Appeal dismissed on praecipe of counsel for appellants.